[No. 24292-0-I.   Division One.   December 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY CHARLES MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-00453-6, Richard M. Ishikawa, J., entered March 13, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, J., and Britt, J. Pro Tem.

[No. 24563-5-I.   Division One.   December 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00577-4, Sharon S. Armstrong, J., entered July 31, 1989. *Affirmed* by unpublished opinion per Britt, J. Pro Tem., concurred in by Pekelis and Baker, JJ.

[No. 23962-7-I.   Division One.   December 10, 1990.]

TERESA ALPER, ET AL, *Appellants,* v. WIESLAWA BERESNIEWICZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-03491-9, Warren Chan, J., entered March 17, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 25175-9-I.   Division One.   December 10, 1990.]

SAFEWAY STORES, INC., *Appellant,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-09100-7, Edward Heavey, J., entered October 20, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Scholfield, J.